■ In the Matter of ROCHESTER TEACHERS ASSOCIATION, Respondent, v CITY SCHOOL DISTRICT OF THE CITY OF ROCHESTER, Appellant. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Patlow, J. (Appeal from order of Supreme Court, Monroe County, Patlow, J. — arbitration.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.

■ CYNTHIA A. WOZNIAK et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 60018.) — Judgment unanimously affirmed, with costs, for reasons stated in the decision at Court of Claims, Lowery, J. (Appeal from judgment of Court of Claims, Lowery, J. — negligence.) Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ.

■ CITY OF BUFFALO, Appellant, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Respondent. — Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Cook, J. (Appeal from order of Supreme Court, Erie County, Cook, J. — summary judgment.) Present — Dillon, P. J., Doerr, Denman and Moule, JJ.

■ JOHN ZIMMERMAN et al., Appellants, v TOWN OF CUBA et al., Defendants, and COUNTY OF ALLEGANY, Respondents. — Order unanimously affirmed, without costs, for reasons stated in the memorandum decision at Special Term, Green, J. (Appeal from order of Supreme Court, Erie County, Green, J. — General Municipal Law, § 50-h, subd 1; amend complaint.) Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ.

■ In the Matter of the Guardianship of ENID R., an Infant. — Order unanimously reversed, without costs, and matter remitted to Monroe County Family Court for further proceedings on the petition (see *Matter of Robert S. T.,* 86 AD2d 748; cf. *Matter of Sylvia M.,* 57 NY2d 636). (Appeal from order of Monroe County Family Court, Rosenbloom, J. — petition for guardianship.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.

■ CARL A. WELLS, Respondent, v ROBERT R. MOONEY, Defendant, and NEW YORK TELEPHONE COMPANY, Appellant. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Erie County, Wolf, J. — third-party action — apportionment of attorney's fees.) Present — Simons, J. P., Hancock, Jr., Doerr, Moule and Schnepp, JJ.

■ EASTERN ROCK PRODUCTS, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 65444.) — Judgment unanimously affirmed, without costs, for the reasons stated at the Court of Claims, Lowery, J. (*Eastern Rock Prods. v State of New York,* 112 Misc 2d 204). (Appeal from judgment of Court of Claims, Lowery, J. — breach of contract — dismiss complaint.) Present — Dillon, P. J., Simons, Hancock, Jr., Denman and Moule, JJ.

■ In the Matter of JOHN T. WARD, as District Attorney of Chautauqua County, Respondent, v COUNTY OF CHAUTAUQUA et al., Appellants. — Judgment unanimously affirmed, with costs (see *Matter of Harvey v Finnick,* 88 AD2d 40). (Appeal from judgment of Supreme Court, Chautauqua County, Cass, J. — art 78.) Present — Dillon, P. J., Simons, Hancock, Jr., Denman and Moule, JJ.